IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR222 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TRINA MAHR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Trina Mahr (Mahr) to review pretrial detention (Filing No. 16). Mahr seeks release to a treatment program. After reviewing the Pretrial Services report, Mahr's criminal and substance abuse history, and the presentence investigation in *United States v. Mahr*, 8:04CR455 (D. Nebr.), the motion to review pretrial detention is denied. The Pretrial Services' report of Senior Pretrial Services Officer Jim Roberts, dated August 8, 2012 (Filing No. 6 - Sealed) demonstrates that release under any circumstances in not appropriate for Mahr. The request for a hearing is also denied.

**IT IS SO ORDERED.**

DATED this 31st day of August, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge